LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: office@markmerin.com

Attorneys for Plaintiff

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| BEVERLY DOVE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, COMMISSIONER D.O. HELMICH, SACRAMENTO COUNTY; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SHERIFF LOU BLANAS, CITY OF SACRAMENTO, SACRAMENTO CITY POLICE DEPARTMENT, CHIEF OF POLICE ALBERT NAJERA, and DOES I through XXX, inclusive,<br><br>　　　　Defendants. | CASE NO. CIV.S-04-522 LKK/DAD<br><br>**VOLUNTARY DISMISSAL<br>BY STIPULATION OF DEFENDANTS<br>STATE OF CALIFORNIA, CALIFORNIA<br>HIGHWAY PATROL, COMMISSIONER D.O.<br>HELMICH, SACRAMENTO COUNTY,<br>SACRAMENTO COUNTY SHERIFF'S<br>DEPARTMENT, AND SACRAMENTO<br>COUNTY SHERIFF LOU BLANAS [FRCP<br>Rule 41(a)]; and ORDER** |

It is hereby stipulated by and between the parties hereto that the following parties only may be dismissed with prejudice, each party to bear their own costs:

- STATE OF CALIFORNIA
- CALIFORNIA HIGHWAY PATROL
- COMMISSIONER D.O. HELMICH
- SACRAMENTO COUNTY

Page 1 of 3

Beverly Dove v. State of California, et al.　　　VOLUNTARY DISMISSAL　　　USDC, Eastern District, Case No. CIV.S-04-522 LKK/DAD

- SACRAMENTO COUNTY SHERIFF'S DEPARTMENT
- SACRAMENTO COUNTY SHERIFF LOU BLANAS

Dated: October 27, 2005        Respectfully submitted,

LAW OFFICES OF MARK E. MERIN

By: /s/ - "Jeffrey I. Schwarzschild"
JEFFREY I. SCHWARZSCHILD, Esq.
Attorneys for Plaintiff

Dated: October 26, 2005        Respectfully submitted,

SAMUEL L. JACKSON CITY ATTORNEY
CITY OF SACRAMENTO

By: /s/ - "Gerald C. Hicks"
GERALD C. HICKS
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SACRAMENTO
SACRAMENTO CITY POLICE DEPARTMENT
and CHIEF OF POLICE ALBERT NAJERA

Dated: October 21, 2005        Respectfully submitted,

BILL LOCKYER, ATTORNEY GENERAL
STATE OF CALIFORNIA

By: /s/ - "Stephen J. Egan"
STEPHEN J. EGAN, Deputy Attorney
GARY A. BINKERD, Deputy Attorney
Attorneys for Defendant STATE OF CALIFORNIA,
CALIFORNIA HIGHWAY PATROL and
COMMISSIONER D.O. HELMICH

Dated: October 24, 2005        Respectfully submitted,

PORTER, SCOTT, WEIBERG & DELEHANT

By: /s/ - "Keith E. Nourot"
KEITH E. NOUROT, Esq.
Attorneys for Defendant COUNTY OF
SACRAMENTO, SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT and SACRAMENTO
COUNTY SHERIFF LOU BLANAS

**<u>ORDER</u>**

IT IS HEREBY ORDERED that defendants STATE OF CALIFORNIA, CALIFORNIA HIGHWAY PATROL, COMMISSIONER D.O. HELMICH, SACRAMENTO COUNTY, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, AND SACRAMENTO COUNTY SHERIFF LOU BLANAS may be, and are hereby, dismissed with prejudice, each party to bear their own costs.

Dated:  November 9, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT