1  LAW OFFICE OF MARK E. MERIN
   Mark E. Merin, SBN 043849
2  Jeffrey I. Schwarzschild, SBN 192086
   2001 P Street, Suite 100
3  Sacramento, CA 95814
   Telephone: 916/443-6911
4  Facsimile: 916/447-8336
   E-Mail: mark@markmerin.com
5
   Attorneys for Plaintiff
6
   SAMUEL L. JACKSON CITY ATTORNEY
7  CITY OF SACRAMENTO
   Gerald C. Hicks, Sr. Deputy City Atty
8  915 I Street, Room 4010
   Sacramento, CA 95814
9  Telephone: 916/808-5346
   Facsimile: 916/808-7455
10 E-Mail: ghicks@cityofsacramento.org

11 Attorneys for Defendants

12                                —o0o—

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15                                —o0o—

16 | BEVERLY DOVE,                                    | CASE NO: CIV.S-04-522 LKK/DAD |
   |                                                  |                               |
17 |     Plaintiff,                                   | **VOLUNTARY DISMISSAL BY**    |
   |                                                  | **STIPULATION [FRCP Rule 41(a)]** |
18 | vs.                                              | **AND ORDER**                 |
   |                                                  |                               |
19 | CITY OF SACRAMENTO, CHIEF OF                     |                               |
   | POLICE ALBERT NAJERA, BOBBY                      |                               |
20 | DANIELS, JASON MARCH, and DOES III               |                               |
   | through XXX, inclusive,                          |                               |
21 |                                                  | COMPLAINT FILED:  June 14, 2004 |
   |     Defendants.                                  | TRIAL DATE:       July 31, 2006 |

23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

The parties to the above-captioned matter, having resolved their differences in a mutually satisfactory manner, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal with prejudice of this action in its entirety, each party to bear their own attorney's fees and costs.

DATED: May 10, 2006          Respectfully submitted,

                                        LAW OFFICE OF MARK E. MERIN

                                        /s/ - "Jeffrey I. Schwarzschild"

                                        JEFFREY I. SCHWARZSCHILD
                                        Attorneys for Plaintiff

Dated: May 10, 2006   Respectfully submitted,

                                        SAMUEL L. JACKSON CITY ATTORNEY
                                        CITY OF SACRAMENTO

                                        /s/ - "Gerald C. Hicks"

                                        GERALD C. HICKS
                                        Sr. Deputy City Attorney
                                        Attorneys for Defendants CITY OF SACRAMENTO
                                        CHIEF OF POLICE ALBERT NAJERA, BOBBY
                                        DANIELS and JASON MARCH

## **ORDER**

IT IS HEREBY ORDERED that this matter may be, and it hereby is, dismissed with prejudice, in its entirety, each party to bear their own attorney's fees and costs.

DATED: May 10, 2006.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        Senior Judge
                                        United States District Court

G:\DOCS\KAR\DKAR1\ORDERS\04cv522.dismiss.0510.wpd

Page 2 of 2
BEVERLY DOVE v. STATE OF CALIFORNIA, et al.                USDC, Eastern District, Case No. CIV S-04-522 LKK/DAD
VOLUNTARY DISMISSAL BY STIPULATION AND [PROPOSED] ORDER

F:\WPWORK\MCNULTY\PLEADING\COMPLAIN.DOC